IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBIN BET,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 23-cv-2368 |
| | : | |
| **WASHINGTON TOWNSHIP POLICE** | : | |
| **DEPARTMENT, et al.,** | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this ___9TH___ day of December, 2024, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

Kevin P. O'Brien, Esquire
David J. MacMain, Esquire